**No. P68/150.**—Harpers International, Inc. *v.* United States, protests 65/25400, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electrical tape, composed wholly or in chief value of vinyl material, similar in all material respects to that the subject of *Devon Tape Corp.* v. *United States* (57 Cust. Ct. 507, C.D. 2856), the claim of the plaintiff was sustained.

**No. P68/151.**—Dan Dee Imports, Inc., et al. *v.* United States, protests 66/64483, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein said batteries were held to be separately dutiable and that no separate value for each of said items had been returned by the appraiser, the protests were dismissed and the matter remanded to a single judge to determine the separate value of the flashlights and batteries in the manner provided by law. (28 U.S.C. § 2636(d).)

**No. P68/152.**—Mitsui & Co., Ltd. *v.* United States, protest 63/13703–S (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nylon monofilaments similar in all material respects to those the subject of *Chester Tricot Mills, Inc.* v. *United States* (56 Cust. Ct. 532, C.D. 2695), the claim of the plaintiff was sustained.

**No. P68/153.**—Oxford International Corp. *v.* United States, protest 65/15761–15087 (Chicago).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of connecting links of not more than 2-inch pitch, containing more than three parts per pitch, valued at 40 cents or more per pound, similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (57 Cust. Ct. 125, C.D. 2740), the claim of the plaintiff was sustained.